UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| ENERGY TRANSFER LP, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GREENPEACE INTERNATIONAL, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE <br> NO. 19-CV-00049-DLH-ARS |

### DECLARATION OF THOMAS W. WETTERER IN SUPPORT OF GREENPEACE INTERNATIONAL, GREENPEACE, INC., AND CHARLES BROWN'S MOTION TO DISMISS THE COMPLAINT

Thomas W. Wetterer declares as follows:

1. I am General Counsel for Greenpeace, Inc. and Greenpeace Fund, Inc., Defendants in the above-captioned matter.

2. The instant Declaration is submitted in support of the motion by Defendants Greenpeace International, Greenpeace, Inc., and Charles Brown's (collectively, the "Greenpeace Defendants") motion pursuant to Rule 12(b)(2) and 12(b)(6) to dismiss in its entirety and with prejudice the Complaint of Energy Transfer LP and Energy Transfer Operating, L.P. (collectively "Energy Transfer"). ECF No. 1-2.

3. Greenpeace, Inc. and Greenpeace Fund, Inc. are California corporations with offices in locations that include San Francisco, Oakland and Washington, D.C.

4. Annie Leonard, the Executive Director of both Greenpeace, Inc. and Greenpeace Fund, Inc., works out of the Greenpeace office in Oakland and resides in the San Francisco Bay area.

5. Perry Wheeler, a Communications and Outreach Manager for Greenpeace, Inc., works out of the Greenpeace office in Washington, D.C. and resides in the Baltimore, Maryland area.

6. Diamond Coleman, a Senior Administrative Assistant, works out of the Greenpeace office in Washington, D.C. and resides in the Washington, D.C. area.

7. Jesse Coleman, formerly a Research Assistant for Greenpeace, Inc., worked out of the Greenpeace office in Washington, D.C. and resides in Washington, D.C.

8. Cassady Craighill, formerly a Media Officer for Greenpeace, Inc., worked out of the Greenpeace office in Washington, D.C. and resides in Roanoke, Virginia.

9. Brian Johnson, formerly a Global Warming Campaigner for Greenpeace, Inc., worked out of the Greenpeace office in Washington, D.C. and resides in the Washington, D.C area.

10. Peter Dakota Molof, formerly a Training Specialist for Greenpeace, Inc., worked out of the Greenpeace office in San Francisco and resides in the Portland, Oregon area.

11. Rachael Prokop, formerly an Online Campaigner for Greenpeace, Inc., worked out of the Greenpeace office in Washington, D.C. and resides in Columbus, Ohio.

12. Ryan Schleeter, a Senior Communications Specialist Content for Greenpeace, Inc., works out of the Greenpeace office in San Francisco and resides in the San Francisco Bay area.

13. Jason Schwartz, formerly a Media Officer for Greenpeace, Inc., worked out of the Greenpeace office in Washington, D.C. and resides in the New York City area.

14. Mary Sweeters, formerly a Climate and Energy Campaigner for Greenpeace, Inc., worked out of the Greenpeace office in San Francisco and resides in the San Francisco Bay area.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of April, 2019, in Washington, D.C.

_____
THOMAS W. WETTERER