# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Energy Transfer LP, et al., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR REMAND** |
| | ) | |
| vs. | ) | |
| | ) | |
| Greenpeace International, et al., | ) | |
| | ) | Case No. 1:19-cv-049 |
| Defendants. | ) | |

Before the Court is a "Stipulation to Remand Action to State Court" filed on April 26, 2019. See Doc. No. 34. On March 18, 2019, this case was removed from the Morton County District Court, South Central Judicial District, State of North Dakota on the grounds of diversity jurisdiction. See Doc. No. 1. On April 15, 2019, a motion to remand was filed which included a sworn statement disclosing that at least one limited partner/unit holder of Plaintiff Energy Transfer LP, a publicly-traded master limited partnership, is a citizen of the states in which the Defendants are also citizens and thus complete diversity is lacking. See Doc. Nos. 29, 30, and 31. The parties agree in their stipulation that remand is appropriate.

Accordingly, the Court **ADOPTS** the stipulation in its entirety (Docket No. 34) and **ORDERS** the matter be **REMANDED** to the District Court for the South Central Judicial District, Morton County, North Dakota. The parties will bear their own costs and attorney's fees related to the removal and remand.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2019.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court